UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT MORGAN ET AL** | **CIVIL ACTION NO. 1:21-CV-00531** |
| **VERSUS** | **JUDGE DRELL** |
| **DEEERE & CO INC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## PLAN OF WORK

On September 13, 2021, the following individuals participated in a meeting by e-mail during which this Plan of Work was formulated:

Mr. Fred A. Pharis
Pharis Law Offices
831 Desoto Street
Alexandria, LA 71301
fpharis@pharislaw.com
Attorney for Robert Morgan

Ms. Zelma M. Frederick
McGlinchey Stafford, PLLC
301 Main St., Ste 1400
Baton Rouge, LA 70801
zfrederick@mcglinchey.com
Attorneys for W.L. Doggett LLC d/b/a
Doggett Machinery Services

Mr. Paul M. Lavelle
Cotten Schmidt, L.L.P.
650 Poydras St., Ste 1950
New Orleans, LA 70130
plavelle@cottenschmidt.com
Attorney for Defendant, Deere & Company, Inc.

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

| | |
|---|---|
| October 15, 2021 | Date disclosures under Fed. R. Civ. P. 26(a) will be made. |
| December 1, 2021 | Final date for plaintiff to identify experts, if any. |
| January 15, 2022 | Final date for defendants to identify experts. |
| March 15, 2022 | Final date for adding parties. |
| April 1, 2022 | Final date for plaintiff to produce reports of experts. |

| | |
|---|---|
| April 15, 2022 | Final date for defendants to produce reports of experts. |
| May 15, 2022 | Final date for filing amended pleadings. |
| May 31, 2022 | Final date for depositions of plaintiff's experts. |
| June 30, 2022 | Final dates for depositions of defendant's experts |
| July 31, 2022 | Deadline for completion of discovery. |
| August 31, 2022 | Final date for filing dispositive motions. |

### Part B

The following areas of disagreement, issues, or problems, have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: **None.**

**Respectfully submitted,**

  *s/ Fred A. Pharis*
**FRED A. PHARIS**
of **PHARIS LAW OFFICES**
831 DeSoto Street
Alexandria, Louisiana  71301
Telephone:  (318) 445-8266
Fax: (318) 445-5981
Bar Roll No. 1536
Email: fpharis@pharislaw.com
*Attorney for Plaintiff, Robert Morgan*

s/ *Zelma M. Frederick*
**ZELMA M. FREDERICK** (LA #31459)
McGlinchey Stafford, PLLC
301 Main St., Ste 1400
Baton Rouge, LA 70801
Telephone:  (225) 382-3615
Fax: (225) 612-7033
Email:  zfrederick@mcglinchey.com
*Attorney for Defendant, W.L. Doggett LLC d/b/a Doggett Machinery Services*

  *s/ Paul M. Lavelle*
**PAUL M. LAVELLE** (LA #08134)
Cotten Schmidt, L.L.P.
650 Poydras St., Ste 1950
New Orleans, LA 70130
Telephone: (504) 568-9393
Fax: (504) 504-524-1933
Email:  plavelle@cottenschmidt.com
*Attorneys for Defendant, Deere & Company, Inc.*