UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT MORGAN, ET AL., Plaintiffs | CIVIL DOCKET NO. 1:21-CV-00531 |
| VERSUS | DISTRICT JUDGE DRELL |
| DEERE & CO., INC., ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motions for Partial Dismissal (ECF Nos. 15, 18) are GRANTED, and that the actions of Tiger Hunting Lease Services, L.L.C., Robert Morgan, Joseph Longlois, and Ricky G. Thomas are DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 7 day of March 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT