**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROBERT MORGAN ET AL**                              **CASE NO.  1:21-CV-00531**

**VERSUS**                                                          **JUDGE DRELL**

**DEERE & CO INC ET AL**                              **MAGISTRATE JUDGE PEREZ-MONTES**

## 90-DAY TELEPHONE CONFERENCE ORDER

To prepare for the upcoming 90-Day Telephone Conference (the "Conference") before Magistrate Judge Perez-Montes, IT IS ORDERED that all parties comply with the following instructions:

1. **Confer**: Before the Conference with Magistrate Judge Perez-Montes, all parties will confer separately regarding the issues listed on the attached 90-Day Telephone Conference Order (the "Order").

   a. The parties may confer in person, by video conference, or by telephone, but not by email only.

   b. At least one attorney of record for each party, an all unrepresented parties, must participate.

   c. The parties will discuss each listed issue and will cooperate in good faith. The parties will agree upon the relevant information, and identify any disputes, motions, or other requests for relief, that should be presented to the Court during the Conference.

2

2. <u>Notice</u>: At least seven days before the Conference, the parties will jointly complete and file the attached 90-Day Teleconference Notice (the "Notice").

   a. The parties may not file separate Notices.

   b. The parties will report any relevant developments in the case, and describe any disputes, motions, or other requests for relief to be raised during the Conference.  Any party that wishes to have the Conference recorded will state that request in the Notice.

3. <u>Conference</u>: At least one attorney of record for each represented party, and all unrepresented parties, will participate in the Conference.

   a. All participants must review the Minute Entry setting the Conference, and any corresponding emails, before seeking assistance.

   b. If the Conference is conducted by telephone, call-in instructions will be listed in the Minute Entry.  All participants must ensure they have a clear telephone connection.

   c. If the Conference is conducted by video, at least one day in advance, all participants will receive an email containing a link to join the video conference.  All participants must ensure they can access the video conferencing platform.

**BY ORDER OF THE COURT**